UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFONSO BRAVO LUNA, and JUAN CARLOS SANTIAGO,<br><br>                 Plaintiffs,<br><br>           v.<br><br>EL TAQUITOS CORP, RICARDO RODRIGUEZ, and OLGA NAVA PEREZ,<br><br>                 Defendants. | No. 25-CV-6700 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On October 10, 2025, Plaintiffs filed three affidavits of service stating that Defendant El Taquitos Corp was served on September 10, 2025, Defendant Ricardo Rodriguez was served on September 20, 2025, and Defendant Olga Nava Perez was served on September 20, 2025. Defendant El Taquitos Corp's answer was due on October 1, 2025, and Defendants Ricardo Rodriguez's and Olga Nava Perez's answers were due on October 14, 2025. No Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by February 17, 2026. If Defendants fail to do so, and Plaintiffs intend to move for default judgment, they shall do so by March 3, 2026.

Plaintiffs shall serve a copy of this Order on Defendants by February 2, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    January 27, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge