Case 1:25-cv-06700-RA   Document 15   Filed 03/03/26   Page 1 of 1



---

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS                                                                    PARALEGALS

JUSTIN M. REILLY, ESQ.                                                        ROSA COSCIA
KEITH E. WILLIAMS, ESQ.                                                    CATALINA ROMAN

**Via: SDNY ECF**                                                      **March 2, 2026**

Honorable Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:**   *Bravo Luna, et al. v. El Taquitos Corp, et al.*; 1:25-cv-06700-RA

Dear Hon. Judge Abrams,

I represent Plaintiffs in the above-reference lawsuit. I write to respectfully request a brief extension of the deadline to file Plaintiffs' Motion for Default Judgment, currently scheduled for March 3, 2026. The reason for this request is due to a delay in receiving the Clerk's Certificate of Default. Plaintiffs' filed their Request for a Certificate of Default on February 24, 2026 [D.E. 10-13]; however, the Clerk has yet to issue same. Accordingly, Plaintiffs request an extension up to and including March 10, 2026. This is the first request and no other deadlines will be affected.

We thank the Court for its attention to this matter.

Application granted.                                    Respectfully submitted,

SO ORDERED.

_____                         Keith E. Williams, Esq.
Hon. Ronnie Abrams
March 3, 2026

---

PHONE: 516.228.5100        FAX: 516.228.5106        INFO@NHGLAW.COM

WWW.NHGLAW.COM        WWW.NEWYORKOVERTIMELAW.COM