UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO BRAVO LUNA, and JUAN
CARLOS SANTIAGO,

　　　　　　　　　　Plaintiffs,

　　　　　v.

EL TAQUITOS CORP, RICARDO
RODRIGUEZ, and OLGA NAVA PEREZ,

　　　　　　　　　　Defendants.

No. 25-CV-6700 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

　　　The Court is in receipt of Plaintiffs' motion for default judgment. Dkt. 19. Plaintiffs failed to file all the required supporting documents as set forth in Attachment A of the Court's Individual Rules of Practice in Civil Cases. They shall refile their motion in full compliance with the rules no later than March 30, 2026.

SO ORDERED.

Dated:　　March 16, 2026
　　　　　New York, New York

_____
Ronnie Abrams
United States District Judge