UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALFONSO BRAVO LUNA, and JUAN
CARLOS SANTIAGO,

                  Plaintiffs,

        v.

EL TAQUITOS CORP, RICARDO
RODRIGUEZ, and OLGA NAVA PEREZ,

              Defendants.

25-CV-6700 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at the show cause hearing held on May 29, 2926, Plaintiffs' motion for default judgment against Defendants is granted as to all of Plaintiffs' claims, except for Plaintiff Luna's claim for failure to pay spread of hours compensation.   By separate order, the Court refers the matter to Magistrate Judge Ricardo for a damages inquest.   The Clerk of Court is respectfully directed to terminate the motions at docket numbers 19 and 23.

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

                           Ronnie Abrams
                           United States District Judge